

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 11, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted. The status conference originally scheduled for June 12, 2025, is adjourned to August 4, 2025, at 10:00 a.m.

SO ORDERED
June 11, 2025
New York, NY

JOHN P. CRONAN
United States district Judge

Re:   *United States v. Tyrone Gray*, 15 Cr. 95 (JPC)

Dear Judge Cronan:

    The Government writes on behalf of the parties to respectfully request an adjournment of the June 12, 2025, status conference in this matter. The parties understand that proceedings in the state criminal case that underlies the pending violations of supervised release have been adjourned to July 23, 2025 and that, after that time, there will be more clarity as to whether the state case will proceed. This is the first request for an adjournment in this case.

    The parties and Probation are available for a conference on August 4 and 5, 2025, other than August 5, 2025 between 11:00 a.m. and 12:30 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:   Russell Capone, Esq. (by ECF)
      U.S. Probation Officer Noah Joseph (by email)