

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 1, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Tyrone Gray*, 15 Cr. 95 (JPC)

Dear Judge Cronan:

    The Government writes on behalf of the parties to respectfully request an adjournment of the August 4, 2025, status conference in this matter. The parties understand that proceedings in the state criminal case that underlies the pending violations of supervised release have been adjourned to September 2, 2025 and that the state case may be resolved at that date. This is the second request for an adjournment in this case; the previous request was granted.

    The parties are available for a conference on the afternoon of September 29, 2025 and on September 30, 2025.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

    By: _____
                  Getzel Berger
                  Assistant United States Attorney
                  (212) 637-1061

cc:    Russell Capone, Esq. (by ECF)
       U.S. Probation Officer Noah Joseph (by email)

The request is granted. The conference scheduled for August 4 is adjourned to September 30, 2025, at 10:00 a.m.

SO ORDERED
August 1, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge