

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 10, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Tyrone Gray*, 15 Cr. 95 (JPC)

Dear Judge Cronan:

       The Government writes to respectfully request an adjournment of the status conference currently scheduled for November 14, 2025. The parties are available for a conference on December 9, 2025 at 11:00 a.m. The Government understands that the state charges underlying all three specifications in the Violation of Supervised Release Report dated April 28, 2025 have been dismissed. The Government is continuing to investigate the alleged drug-dealing conduct underlying those state charges and expects to know by December 9, 2025 whether Probation and the Government intend to proceed notwithstanding the state-court dismissal.

       This is the fourth request for an adjournment in this case. Defense counsel consents to the adjournment request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Getzel Berger
Getzel Berger
Assistant United States Attorney
(212) 637-1061

The request is granted. The conference is adjourned until December 9, 2025 at 11:00 a.m.

SO ORDERED
November 13, 2025

*[signed]* JOHN P. CRONAN
United States District Judge

cc:    Russell Capone, Esq. (by ECF)
       U.S. Probation Officer Noah Joseph (by email)