

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 7, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>    Re:    *United States v. Tyrone Gray*, **15 Cr. 95 (JPC)**

Dear Judge Cronan:

The Government writes on behalf of the parties to respectfully request an adjournment of the status conference currently scheduled for December 9, 2025.  The Government has notified defense counsel that it intends to proceed on the three specifications in the Violation of Supervised Release Report dated April 28, 2025 notwithstanding the dismissal of the state-court charges relating to that alleged conduct.  The Government and defense counsel are engaged in discussions regarding a potential resolution of this case, and the requested adjournment will allow the parties to continue those discussions before a hearing is scheduled.

This is the fifth request for an adjournment in this case; the prior four were granted.  Defense counsel joins this adjournment request.  The parties are available to appear before the Court on January 15, 2026, at 2:00 p.m.

The request is granted.  The conference is adjourned until January 15, 2026 at 2:00 p.m.    The Clerk of Court is respectfully directed to close Dkt. 3629.

Respectfully submitted,

JAY CLAYTON
United States Attorney

SO ORDERED
December 8, 2025

JOHN P. CRONAN
United States District Judge

By: _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

cc:    Russell Capone, Esq. (by ECF)
       U.S. Probation Officer Noah Joseph (by email)